UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Sentencing reset for 10/4/12 at 3:30 PM.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:10-00215-6 |
| ) | Hon. Aleta A. Trauger |
| ) | |
| JEFFREY WAYNE CONNER ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the defendant, Jeffrey Wayne Conner, by his court-appointed counsel, William I. Shockley, and moves this Honorable Court to continue the sentencing from September 5, 2012 to October 1, 2, 3, or 4, or to a date on or after October 15, 2012 at the court's convenience.

On August 28, 2012, undersigned counsel spoke with AUSA Blanche Cook who stated the government had no objection to the sentence being continued as requested.

WHEREFORE the defendant respectfully requests this Honorable Court continue the sentencing to October 1, 2, 3, or 4, or to a date on or after October 15, 2012 at the court's convenience.

Respectfully submitted,

*s/ William I. Shockley* BPR #26137
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
(615) 497-8550

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document and sealed attachment was served by electronic means through the CM/ECF filing system on the 28th

1