UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED to surrender by 3/29/13 at 2:00 p.m.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00215-6 |
| | ) | Hon. Aleta A. Trauger |
| JEFFREY WAYNE CONNER | ) | |

## UNOPPOSED MOTION TO CONTINUE DATE FOR SELF SURRENDER

Comes now the defendant, Jeffrey Wayne Conner, by his court-appointed counsel, William I. Shockley, and moves this Honorable Court to continue the date set for the defendant's self-surrender. In support of this motion, the defendant says:

The defendant was ordered by this Court to surrender for service of his sentence prior to 2 p.m. on February 28, 2013. (D.E. 416, Judgment, p. 2). To date, BOP has not notified the defendant directly or through the United States Marshal of the institution it has designated for service of his sentence – information necessary to insure there is no lapse in the defendant's ability to ensure access to essential prescribed medications, including insulin.

On February 22, 2013 AUSA Blanche Cook agreed to this motion via email.

Wherefore the defendant respectfully requests an order of this Court extending the date for his self surrender to March 29, 2013, or to such date as may be specified by the United States Marshal after designation by BOP, whichever comes first.

Respectfully submitted,

*s/ William I. Shockley,* BPR #26137
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
(615) 497-8550